UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 19-12557 |
| Plaintiff, | Honorable Terrence G. Berg |
| *ex rel.* CFI Group USA, LLC and American Customer Satisfaction Index, LLC, | |
| Plaintiff/Relator, | |
| vs. | |
| Verint Americas, Inc., and ForeSee Results, Inc. | |
| Defendants. _____/ | |

## ORDER DISMISSING CASE

This action was brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733.  The United States previously notified the Court of the decision to intervene in this action.  ECF 28, Page ID. 131.

The United States, Relators, and Defendants have entered into a settlement agreement to resolve the dispute.  Accordingly, the United States and Relators jointly requested the dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and in accordance with the terms

of the settlement agreement.  In light of this and for good cause shown, the case will be dismissed with prejudice.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a **FINAL ORDER** that closes the case.

DATED: August 15, 2023             /s/Terrence G. Berg
                                   HON. TERRENCE G. BERG
                                   United States District Judge